S.O.S

**NOVEMBER 6, 2025**

1:25-cv-02385-JMS-MG

# FORMAL DECLARATION AND COMPLAINT TO INNOVATION LAW LAB

I, **Rogelio Bolufe Izquierdo**, registration number **A219968226**, together with the undersigned individuals listed below, respectfully submit this **formal complaint and sworn declaration** to record the following irregularities occurring within the detention facility, which **deny access to a fair defense** and violate the fundamental principle of **equality before the law**.

## 1. Denial of Access to Legal Representation

Today, despite having placed our names on the attorney consultation list several days in advance, **we were not permitted to attend the legal visit**.
We were prepared early in the morning and **chose not to attend recreation** because we were scheduled to meet with our attorneys. However, **we were never called**.
Initially, we were told the meeting would occur after lunch, and then, at around **2:00 p.m.**, we were informed that the attorneys had already left.

In my particular case, I urgently needed to collect **important translated documents** that I had sent for translation last week — documents **essential for my final court hearing scheduled for Thursday, November 13**. I was counting on having those materials available, and now I will not be able to present them.

## 2. Lack of Access to the Legal Library

A sign in the legal library reads:

"Available. Make your appointment through the tablet."
However, **this is false**. In practice, it is **impossible to access the legal library**.
Over the past two months, I have submitted **approximately 30 requests** in the *Legal Library* and *Unit Counselor* sections without receiving a single response.
This demonstrates that **there is no real or functional access to the legal resources** that detainees are supposed to have.

## 3. Obstacles Faced by Attorneys and Volunteers

**Attorneys, volunteers, and members of Innovation Law Lab** face **constant interference from facility officers** during their sessions.
Examples include:

- Officers interrupting legal consultations.

- Officers placing radios at high volume next to where legal meetings take place.
- Excessive and unnecessary **searches, inspections, and regulations** imposed on legal staff entering the facility.

Later, officers **lie to detainees**, claiming that "the lawyers did not come today," even when it is evident that **the lawyers are in fact present**.

This has repeatedly occurred — even in **urgent cases involving detainees about to be deported** — where they were denied access to counsel under the false claim that "the attorneys refused to see them."

## 4. Deficiencies in Legal Communication

- The **legal library on the tablets** was nonfunctional for months and only started working a few days ago.
- Detainees are **not allowed to access their personal phones**, even to retrieve necessary contacts or photos for their defense.
- The available **telephone communication is poor quality, expensive, highly regulated, and limited**, making it impossible to properly prepare a legal defense.

## 5. Lack of Access to Pro Bono Attorneys

The list of *pro bono* attorneys provided by the facility and by the court is **false and inoperative**; the numbers do not answer or do not exist.

As a result, **we have no real possibility of obtaining legal representation**.

---

We therefore respectfully request:

That **Innovation Law Lab** take **official notice** of these facts and **escalate this complaint** to the **administration of the detention center** or to the **appropriate authorities**, so that actions are taken to ensure the **fundamental right to legal defense and access to legal resources**.

---

**SIGNATORIES**

Rogelio Bolufe Izquierdo – A219968226
Juan Rivero – #071597037
Daniel Fundora – #23303732
Yudier Carreño – #245921806
Yaidel Carrazana – #240588953
Rubén Aureoles González – #220486751
Byron Sánchez Ibarra – #A249202921

Today

Attention

1) Today in EE.UU there are thousands of inocent people detained withiot comiting any crime, with no right to a properly defence process, spending a long-time preposly in concentration camp for torture "Alligator Alcatraz"

2) thousands have been tortured in "Alligator Alcatraz" in Florida including minor age people.
Contact Haymel Vega. 786-290-5050. (All evidence)

Greetings
Rogelio Bolufé
A# 219-968-226

Rogelio Bolufer
209 County Road A049
Estancia NM 87016

LEGAL MAIL

FILED
NOV 17 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-192185

ALBUQUERQUE NM 870
13 NOV 2025 PM
FIRST-CLASS
US POSTAGE ™ PITNEY BOWES
ZIP 87016
02 7H
0006212975
$ 000.74⁰
NOV 13 2025

Hon. James Patrick Hanlon
46 E. Ohio Street
Room 335
Indianapolis, IN 46204