UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROGELIO BOLUFE IZQUIERDO,
JUAN RIVERO, DANIEL
FUNDORA, YUDIER CARRENO,
YAIDEL CARRAZANA, RUBEN
AUREOLES GONZALEZ, BYRON
SANCHEZ IBARRA,

        Plaintiffs,

   v.

ALLIGATOR ALCATRAZ,
FACILITY OFFICERS,

        Defendants.

Case No. 2:25-cv-1081-KCD-NPM

## ORDER

Before the Court is Plaintiffs' "Formal Declaration and Complaint to Innovation Law Lab." (Doc. 1.) Plaintiffs (who are not in custody) have yet to pay the filing fee or move to proceed without prepayment of costs. *See* 28 U.S.C. § 1915 (allowing a litigant to commence a civil action without prepayment of the filing fee if the litigant submits an affidavit showing they are unable to pay). The Court thus dismisses this action without prejudice. *See* 28 U.S.C. § 1914(c) ("Each district court by rule or standing order may require advance payment of fees."); Local Rule 1.05(c) ("The clerk must accept an initial paper from a person *in custody* even if no filing fee or motion for leave to proceed in forma pauperis accompanies the paper." (emphasis added)); *Myers v. City of*

*Naples, Fla.*, No. 23-13073, 2024 WL 4691100, at *2 (11th Cir. Nov. 6, 2024) (affirming the dismissal of an unrepresented, non-prisoner litigant's complaint for failure to contemporaneously pay the filing fee or move in forma pauperis).

Accordingly, it is now **ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**ENTERED** in Fort Myers, Florida on November 25, 2025.

Kyle C. Dudek
United States District Judge